1  RYAN R. SMITH, State Bar No. 229323
   WILSON SONSINI GOODRICH & ROSATI
2  Professional Corporation
   650 Page Mill Road
3  Palo Alto, California 94304-1050
4  Telephone: (650) 493-9300
   Facsimile: (650) 565-5100
5  rsmith@wsgr.com

6  Additional counsel listed on signature page.

7  Attorneys for Plaintiffs
   Dimdim, Inc., and salesforce.com, inc.
8
9  Counsel for Defendant listed on signature page.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DIMDIM, INC., a Delaware corporation, and SALESFORCE.COM, INC., a Delaware corporation,<br><br>          Plaintiffs,<br><br>     v.<br><br>RICHARD A. WILLIAMSON, ON BEHALF OF AND AS TRUSTEE FOR AT HOME BONDHOLDERS' LIQUIDATING TRUST,<br><br>          Defendant. | CASE NO.: 12-CV-03403 JCS<br><br>**JOINT STIPULATION TO EXTEND TIME FOR DEFENDANT RICHARD A. WILLIAMSON TO RESPOND TO COMPLAINT** |

JOINT STIPULATION TO EXTEND TIME
FOR DEFENDANT RICHARD A.
WILLIAMSON TO RESPOND TO
COMPLAINT

WHEREAS, the Complaint in the above-captioned action (Dkt. No. 1) was filed on July 2, 2012 and served on Defendant Richard A. Williamson, on behalf of and as trustee for At Home Bondholders' Liquidating Trust ("Williamson") with the corresponding summons on July 3, 2012;

WHEREAS, Case No. 12-CV-05701, styled *Richard A. Williamson, on behalf of and as trustee for At Home Bondholders' Liquidating Trust v. salesforce.com, inc.; and Dimdim, Inc.*, was also filed on July 2, 2012, in the United States District Court for the Central District of California, Los Angeles Division, raising between the identical parties identical issues of fact and law that are at issue in this action;

WHEREAS, the parties dispute as a threshold question the proper forum for adjudicating the parties' respective complaints, and intend to raise the issue concerning the competing filings to the attention of this Court as well as the District Court for the Central District of California by appropriate motions;

WHEREAS, the current deadline for Williamson to answer, move, or otherwise respond to the Complaint in the above-captioned action is July 24, 2012;

WHEREAS, Plaintiffs and Williamson submit this Stipulation reflecting their agreement to extend Williamson's deadline to answer, move, or otherwise respond to the Complaint in the above-captioned action until the threshold issue concerning the parties' competing filings is resolved;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, that pursuant to Civil Local Rule 6-1(a), Plaintiffs Dimdim, Inc. and salesforce.com, inc., and Defendant Williamson, through their respective counsel, hereby stipulate and agree as follows:

1. Williamson need not answer, move, or otherwise respond to the Complaint in the above-captioned action by July 24, 2012.

2. Williamson must answer, move, or otherwise respond to the Complaint in the above-captioned action within seven (7) days after the threshold issue is resolved by either

-2-

1  District Court concerning the proper forum for adjudicating the parties' claims raised by the
2  parties having filed competing complaints in different District Courts.

3  Dated: July 19, 2012                          WILSON SONSINI GOODRICH & ROSATI
4                                                Professional Corporation

5                                                By: /s/: Ryan R. Smith
6                                                        Ryan R. Smith

7                                                Of Counsel:

8                                                WILSON SONSINI GOODRICH & ROSATI
                                                 Professional Corporation
9                                                JOSE C. VILLARREAL (*pro hac vice* to be
                                                 filed)
10                                               jvillarreal@wsgr.com
                                                 ADEN M. ALLEN (*pro hac vice* to be filed)
11                                               aallen@wsgr.com
                                                 ABRAHAM DELAO (*pro hac vice* to be filed)
12                                               adelao@wsgr.com
                                                 JOEL C. BOEHM (*pro hac vice* to be filed)
13                                               jboehm@wsgr.com
                                                 900 South Capital of Texas Highway
14                                               Las Cimas IV, 5th Floor
                                                 Austin, TX 78746
15                                               Telephone: (512) 338-5400

16                                               Attorneys for Plaintiffs
                                                 Dimdim, Inc. and salesforce.com, inc.
17

18      Pursuant to General Order No. 45, §X(B), the above signatory attests under penalty of
19  perjury that concurrence in the filing of this document has been obtained from its signatory.

20  Dated: July 19, 2012

21
22  Dated: July 20, 2012                          By: /s/: Geoffrey Yost.
                                                         Geoffrey Yost, SBN 159687
                                                         gyost@omm.com
23
24                                                O'MELVENY & MYERS LLP
                                                  Two Embarcadero Center, 28th Floor
25                                                San Francisco, CA 94111
                                                  Telephone: (415) 984-8724
26                                                Attorneys for Defendant
                                                  Richard A. Williamson, on behalf of and as
27                                                trustee for At Home Bondholders' Liquidating
                                                  Trust
28

IT IS SO ORDERED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

-3-