RECEIVED
2012 JUN 20 P 4: 43
RICHARD W. WIEKING
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIMDIM, INC., AND SALESFORCE.COM, INC.<br><br>Plaintiff,<br><br>v.<br><br>RICHARD A WILLIAMSON, O/B/O AND AS TRUSTEE FOR AT HOME BONDHOLDERS' LIQ. TRUST<br><br>Defendant. | CASE NO. 3:12-cv-03403-JCS<br><br>~~(Proposed)~~<br>ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

Aden M. Allen, whose business address and telephone number is

WILSON SONSINI GOODRICH & ROSATI
900 South Capital of Texas Highway, Las Cimas IV, Fifth Floor
Austin, Texas 78746; 512.338.5400

and who is an active member in good standing of the bar of Texas

having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing DimDim Inc. & salesforce.com

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 7/31/12

_____
United States District Judge