IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DIMDIM, INC., a Delaware corporation, and SALESFORCE.COM, INC., a Delaware corporation, | No. C 12-03403 RS |
| | **CASE MANAGEMENT SCHEDULING ORDER** |
| Plaintiffs, | |
| v. | |
| RICHARD WILLIAMSON, ON BEHALF OF AND AS TRUSTEE FOR AT HOME BONDHOLDERS' LIQUIDATING TRUST, | |
| Defendant. | |
| _____/ | |

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the parties attended a Case Management Conference on October 15, 2012.  After considering the Joint Case Management Statement submitted by the parties and consulting with the attorneys of record for the parties and good cause appearing, IT IS HEREBY ORDERED THAT:

1.      ALTERNATIVE DISPUTE RESOLUTION.

PRIVATE MEDIATION.  The parties are engaging in informal settlement discussions, and have agreed to participate in private mediation.

2.      DISCOVERY.

On or before June 14, 2013 discovery related to claim construction shall be completed by the parties.  Discovery shall be limited as follows: (a) each party will have a total of twenty-eight (28) hours of depositions, with each side having a total of 20 depositions; (b) thirty-five (35) interrogatories per party, including all discrete subparts; (c) a reasonable number of requests for

production of documents or for inspection per party; and (d) a reasonable number of requests for admission per party.

3.     FURTHER SCHEDULING.  The dates proposed by the parties leading up to the *Markman* Hearing on page 10 of their Joint Case Management are adopted as follows:

A.     On or before December 7, 2012, Williamson is to serve its Disclosure of Asserted Claims and Infringement Contentions, and accompanying documents in the form and with the content required by Patent L.R. 3-1 and 3-2.

B.     On or before February 15, 2013, Salesforce is to serve Invalidity Contentions, and accompanying documents in the form and with the content required by Patent L.R. 3-3 and 3-4.

C.     On or before March 1, 2013, the parties are to exchange claim terms needing construction in the form and with the content required by Patent L.R. 4-1.

D.     On or before April 19, 2013, the parties are to exchange proposed claim constructions and extrinsic evidence in the form and with the content required by Patent L.R. 4-2.

E.     On or before May 17, 2013, the parties are to file a Joint Claim Construction and Prehearing Statement in the form and with the content required by Patent L.R. 4-3.

F.     On or before June 14, 2013, the parties are to complete claim construction discovery in the manner set forth in Patent L.R. 4-4.

G.     On or before August 7, 2013, the parties are to file simultaneous responsive claim construction briefs.

H.     On or before October 14, 2013, the parties are to exchange exhibits including demonstrative exhibits to be used at the *Markman* Hearing.

4.     *MARKMAN* HEARING.  A *Markman* Claim Construction Hearing shall held on **October 16, 2013 at 10 a.m.** in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.  A further Case Management Conference will be scheduled following this Hearing to set the remaining dates in this case.

CASE MANAGEMENT SCHEDULING ORDER

2

4.      FURTHER CASE MANAGEMENT CONFERENCE.  A Further Case Management Conference shall be held on **February 28, 2013 at 10:00 a.m.** in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.  The parties shall file a Joint Case Management Statement at least one week prior to the Conference.

IT IS SO ORDERED.

DATED:    10/16/12

_____
RICHARD SEEBORG
United States District Judge

CASE MANAGEMENT SCHEDULING ORDER

3