1  JOSE C. VILLARREAL (admitted *pro hac vice*)
   jvillarreal@wsgr.com
2  ADEN M. ALLEN (admitted *pro hac vice*)
   aallen@wsgr.com
3  JOEL C. BOEHM (admitted *pro hac vice*)
   jboehm@wsgr.com
4  900 South Capital of Texas Highway
   Las Cimas IV, 5th Floor
5  Austin, TX 78746
   Telephone: (512) 338-5400
6
   RYAN R. SMITH, State Bar No. 229323
7  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
8  650 Page Mill Road
   Palo Alto, CA 94304-1050
9  Telephone: (650) 493-9300
   Facsimile: (650) 565-5100
10 rsmith@wsgr.com

11 Attorneys for Plaintiffs and Counter-Defendants
   Dimdim, Inc., and salesforce.com, inc.
12

13                    UNITED STATES DISTRICT COURT

14                   NORTHERN DISTRICT OF CALIFORNIA

15                        SAN FRANCISCO DIVISION

16 DIMDIM, INC., a Delaware corporation,      )  CASE NO. 3:12-CV-03403-RS
   and                                         )
17 SALESFORCE.COM, INC., a Delaware           )  **JOINT STIPULATION AND**
   corporation,                                )  **[PROPOSED] ORDER SETTING**
18                                              )  **DATE FOR OPENING CLAIM**
              Plaintiffs,                       )  **CONSTRUCTION BRIEFS**
19                                              )
        v.                                      )  **DEMAND FOR JURY TRIAL**
20                                              )
   RICHARD A. WILLIAMSON, ON BEHALF            )
21 OF AND AS TRUSTEE FOR AT HOME               )
   BONDHOLDERS' LIQUIDATING TRUST,             )
22                                              )
              Defendant.                        )
23                                              )
                                                )
24

25

26

27

28

WHEREAS, the parties submitted a Joint Case Management Statement in the above-captioned action (Dkt. No. 35) on October 5, 2012, proposing a deadline of Monday, July 15, 2013 for the parties to file simultaneous opening claim construction briefs;

WHEREAS, the Court entered its Case Management Scheduling Order (Dkt. No. 37) on October 16, which Order omitted any deadline for the parties to file simultaneous opening claim construction briefs;

WHEREAS, the Court indicated at the Case Management Conference held on October 15, 2012 that the parties' proposed dates for claim construction briefing were acceptable;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, that Plaintiffs Dimdim, Inc. and salesforce.com, inc., and Defendant Richard A. Williamson, on behalf of and as Trustee for At Home Bondholders' Liquidating Trust, through their respective counsel, hereby stipulate and agree that on or before July 15, 2013, the parties are to file simultaneous opening claim construction briefs.

Dated: October 30, 2012

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s/ Joel C. Boehm
    Joel C. Boehm

**Attorneys for Plaintiffs and Counter-Defendants**
**Dimdim, Inc. and salesforce.com, inc.**

Dated: October 30, 2012

O'MELVENY & MYERS LLP

By: /s/ Geoffrey Yost
    Geoffrey Yost, SBN 159687
    gyost@omm.com

**Attorneys for Defendant and Counterclaimant**
**Richard A. Williamson, on behalf of and as Trustee for At Home Bondholders' Liquidating Trust**

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

Pursuant to General Order No. 45, §X(B), the below signatory attests under penalty of perjury that concurrence in the filing of this document has been obtained from its signatory.

Dated:  October 30, 2012

By: /s/ Joel C. Boehm
Joel C. Boehm

1 **PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: 10/30/12

_____
UNITED STATES DISTRICT JUDGE