JOSE C. VILLARREAL (admitted *pro hac vice*)
jvillarreal@wsgr.com
JOEL C. BOEHM (admitted *pro hac vice*)
jboehm@wsgr.com
900 South Capital of Texas Highway
Las Cimas IV, 5th Floor
Austin, TX 78746
Telephone: (512) 338-5400

RYAN R. SMITH, State Bar No. 229323
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile:  (650) 565-5100
rsmith@wsgr.com

Attorneys for Plaintiffs and Counter-Defendants
Dimdim, Inc., and salesforce.com, inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DIMDIM, INC., a Delaware corporation, and SALESFORCE.COM, INC., a Delaware corporation,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>RICHARD A. WILLIAMSON, ON BEHALF OF AND AS TRUSTEE FOR AT HOME BONDHOLDERS' LIQUIDATING TRUST,<br><br>　　　　Defendant. | CASE NO.: 3:12-CV-03403-WHO<br><br>**STIPULATION AND ORDER REQUESTING JOINT STATEMENT BE FILED OCTOBER 12, 2015** |

WHEREAS this case has been stayed pending resolution of an appeal to the Federal Circuit from the *Richard A. Williamson, et al. v. Citrix Online, LLC, et al.* action in the Central District of California, Case No. CV 11-02409-SJO (JEMx) (the "Citrix Action") regarding claim construction of the sole patent-in-suit both in this action and in the Citrix Action;

WHEREAS the Federal Circuit issued its decision on June 16, 2015, as described in the parties' Joint Status Report filed concurrently herewith;

WHEREAS the Federal Circuit reversed in part and affirmed in part the district court's claim construction in the Citrix Action and remanded that case for further proceedings in the Central District of California;

WHEREAS the Central District of California has ordered the parties in that case to file a joint position paper by September 14, 2015 regarding the claim terms for which the district court's construction had been reversed and set the matter for a Status Conference on September 28, 2015 as described in the parties' Joint Status Report filed concurrently herewith;

WHEREAS the parties here wish to confer regarding their proposals for the conduct of proceedings in this matter, in view of the Federal Circuit's June 16, 2015 decision and ongoing proceedings in the Central District of California;

THEREFORE, pursuant to Civil Local Rule 7-12, the parties hereby stipulate and agree to file a Joint Statement in this matter in one month, on October 12, 2015, to report their anticipated areas of agreement and their respective positions in the case of disagreement, together constituting the parties' proposals to the Court regarding the status of subsequent proceedings in this matter;

**IT IS SO STIPULATED.**

//
//
//
//
//

| | |
|---|---|
| Dated:  September 11, 2015 | WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br><br>By: /s/ *Joel C. Boehm*<br>      Joel C. Boehm<br><br>**Attorneys for Plaintiffs and Counter-Defendants**<br>**Dimdim, Inc. and salesforce.com, inc.** |
| Dated:  September 11, 2015 | O'MELVENY & MYERS LLP<br><br>By: /s/ *Geoffrey Yost*<br>      Geoffrey Yost, SBN 159687<br>      gyost@omm.com<br>      Two Embarcadero Center, 28th Floor<br>      San Francisco, CA 94111<br>      Telephone: (415) 984-8724<br><br>**Attorneys for Defendant and Counterclaimant**<br>**Richard A. Williamson, on behalf of and as Trustee for At Home Bondholders' Liquidating Trust** |

### ATTESTATION PER CIVIL L.R. 5-1(i)

I, Joel C. Boehm, am the ECF User whose identification and password are being used to file this Stipulation and [Proposed] Order.  In compliance with N.D. Cal. Civ. L.R. 5.1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from each other signatory.

Dated:  September 11, 2015

By: /s/ *Joel C. Boehm*
      Joel C. Boehm

## [PROPOSED] ORDER

The parties are hereby ordered to file a Joint Statement in this matter by or before October 12, 2015, to report their anticipated areas of agreement and their respective positions in the case of disagreement, together constituting the parties' proposals to the Court regarding the status of subsequent proceedings in this matter.

IT IS SO ORDERED.

Dated: September 14, 2015

_____
Honorable William H. Orrick
United States District Judge